**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT HOFFMAN, )<br>)<br>Defendant. ) | Case No. 09-03076-01-CR-S-GAF |

**FINAL ORDER OF FORFEITURE**

Before the Court is the plaintiff's Motion for Final Order of Forfeiture. (Doc. 27.) On November 25, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. 24) which ordered Defendant Robert Hoffman to forfeit, pursuant to 18 U.S.C. § 2253, all his right, title, and interest in the following property:

1. E-Machine Computer, Serial Number: CCA6130015489;
2. E-Machine Computer, Serial Number: 82700325590;
3. Hewlett Packard Pavilion Computer, Serial Number: KR94522177;
4. VPR Matrix Computer, Model 2020, Serial Number FOZAZ0200302T;
5. VEO Stingray Web Cam, SN: 301VBIBX057255; and
6. Western Digital 500 GB Hard-Drive, SN: WCASZ0378505.

The United States caused to be published on the Internet site *www.forfeiture.gov*, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

-1-

No timely claim has been filed. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

The Court finds that Defendant Robert Hoffman had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That the property described above is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253;

**IT IS FURTHER ORDERED THAT** all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

**IT IS FURTHER ORDERED THAT** the Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office, Attention: Robyn L. McKee, Assistant U.S. Attorney, 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: February 9, 2010